FILED
2023 NOV 22 PM 2:15
CLERK
U.S. DISTRICT COURT

TRINA A. HIGGINS, United States Attorney (#7349)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COLT A. HAMPTON,<br><br>Defendant. | **F E L O N Y**<br>**I N F O R M A T I O N**<br><br>VIOLATION:<br>COUNT I:  18 U.S.C. § 922(a)(6), False Statement During Attempted Acquisition of a Firearm.<br><br>Case: 2:23−cr−00423<br>Assigned To : Nielson, Howard C., Jr<br>Assign. Date : 11/22/2023<br>Description: USA v. Hampton |
|---|---|

The United States Attorney charges:

### COUNT I
18 U.S.C. § 922(a)(6)
(False Statement During Attempted Acquisition of a Firearm)

On or about July 4, 2022, in the District of Utah,

COLT A. HAMPTON,

defendant herein, in connection with the attempted acquisition of a firearm, to wit: a Sig Sauer P365 9mm semi-automatic pistol, from a licensed firearm dealer within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and

1

fictitious written statement intended and likely to deceive the firearm dealer with respect to any fact material to the lawfulness of such acquisition of the firearm, in that he falsely answered "no" on ATF Form 4473 asking whether he had ever been convicted of a felony or any other crime punishable by imprisonment for more than one year, and, as he then knew, his answer was untrue, all in violation of 18 U.S.C. § 922(a)(6) and punishable pursuant to 18 U.S.C. § 924(a)(2).

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for any offense violating 18 U.S.C. § 922, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of the offense, including but not limited to:

- Sig Sauer P365 9mm semi-automatic pistol, s/n 66F042992
- 195 rounds of 9mm ammunition

TRINA A. HIGGINS
United States Attorney

*Victoria K. McFarland*
_____
VICTORIA K. McFARLAND
Assistant United States Attorney